BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant WINSKOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00143-JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| LARRY EUGENE SANTOS, JR., and ) | |
| JUVINNA WINSKOWSKI, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION**

Defendant Juvinna Winskowski, by and through Assistant Federal Public Defender Varell L. Fuller; defendant Larry Eugene Santos, by and through counsel Jack Gordon; and the United States, by and through Assistant United States Attorney Shawna Yen, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, August 4, 2011, at 9:00 a.m., shall be continued to Thursday, October 13, 2011, at 9:00 a.m.

The reason for the continuance is that counsel for Ms. Winskowski and Mr. Santos both respectfully ask that the Court continue the August 4, 2011, status hearing date to October 13, 2011, to allow them additional time to complete their respective on-going investigation and

Stipulation and [Proposed] Order
No. CR 11-00143 JF                                           1

research with respect to the offenses alleged in this matter.

For the foregoing reasons, the parties jointly request and agree to an exclusion of the time between August 4, 2011, and October 13, 2011, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsels.

IT IS SO STIPULATED.

Dated: August 2, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender
Counsel for Juvinna Winskowski

Dates: August 2, 2011

_____/s/_____
JACK GORDON
Counsel for Larry Eugene Santos

Dated: August 2, 2011

_____/s/_____
SHAWAN YEN
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, August 4, 2011, shall be continued to Thursday, October 13, 2011, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between August 4, 2011, and October 13, 2011, would unreasonably deny counsel for Ms. Winskowski and Mr. Santos reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time

between August 4, 2011, and October 13, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between August 4, 2011, and October 13, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 8/4/11

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge