MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5065
    FAX: (408) 535-5066
    tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-00143 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND  ORDER |
| | ) | CONTINUING HEARING DATE |
| v. | ) | |
| | ) | |
| LARRY EUGENE SANTOS, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The defendant LARRY EUGENE SANTOS, represented by Lupe Martinez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for November 14, 2013, be continued to December 5, 2013.

    No other defendants are affected by this request.  This request was initiated by the defense, but the government is filing this stipulation as an accommodation.  The defense has consulted with the probation officer.

 SO STIPULATED:

STIPULATION AND [] ORDER
Case No. CR 11-00143 DLJ

1   Dated: October 7, 2013                          /S/
                                          Thomas A. Colthurst
2                                         Assistant United States Attorney

3

4   Dated: October 7, 2013                          /S/
                                          Lupe Martinez, Esq.
5                                         Attorney for Defendant

6

7            Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing

8   for *United States v. Larry Eugene Santos*, scheduled for November 14, 2013, is continued to December

9   5, 2013, at 10:00 a.m.

10

11

12  DATED:    FEDPH                      THE HONORABLE D. LOWELL JENSEN
                                          United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28