1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95115
       Telephone: (408) 535-5065
7      FAX: (408) 535-5066
       tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                               SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )   CASE NO. CR 11-00143 DLJ
14                                    )
          Plaintiff,                  )   STIPULATION AND [] ORDER
15                                    )   CONTINUING HEARING DATE
     v.                               )
16                                    )
   LARRY EUGENE SANTOS,               )
17                                    )
          Defendant.                  )
18                                    )

19

20     The defendant LARRY EUGENE SANTOS, represented by Lupe Martinez, Esq., and the

21 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request

22 that the sentencing hearing currently scheduled for January 23, 2014, be continued to February 27, 2014.

23     No other defendants are affected by this request.  The government needs more time to obtain

24 from the agents information that will be important in framing the government's sentencing

25 recommendation.

26 ////

27 ////

28 ////

STIPULATION AND [] ORDER
Case No. CR 11-00143 DLJ

SO STIPULATED:

Dated: January 14, 2014                    /S/
                                           Thomas A. Colthurst
                                           Assistant United States Attorney

Dated: January 14, 2014                    /S/
                                           Lupe Martinez, Esq.
                                           Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Larry Eugene Santos*, scheduled for January 23, 2014, is continued to February 27, 2014, at 10:00 a.m.

DATED:  

THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER
Case No. CR 11-00143 DLJ