1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
         150 Almaden Boulevard, Suite 900
6        San Jose, California 95115
         Telephone: (408) 535-5065
7        FAX: (408) 535-5066
         tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

UNITED STATES OF AMERICA,           ) CASE NO. CR 11-00143 DLJ
                                    )
         Plaintiff,                 ) STIPULATION AND [] ORDER
                                    ) CONTINUING HEARING DATE
    v.                              )
                                    )
LARRY EUGENE SANTOS,                )
                                    )
         Defendant.                 )
_____)

    The defendant LARRY EUGENE SANTOS, represented by Lupe Martinez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for February 27, 2014, be continued to March 6, 2014.

    No other defendants are affected by this request. Counsel for the government will be in Washington, D.C. on government travel during the week of February 25, 2014.

////

////

////

SO STIPULATED:

STIPULATION AND [D] ORDER
Case No. CR 11-00143 DLJ

Dated: February 19, 2014            /S/
                                    Thomas A. Colthurst
                                    Assistant United States Attorney

Dated: February 19, 2014            /S/
                                    Lupe Martinez, Esq.
                                    Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Larry Eugene Santos*, scheduled for February 27, 2014, is continued to March 6, 2014, at 10:00 a.m.

DATED: 

THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND] ORDER
Case No. CR 11-00143 DLJ